**From:** Gabrielle Alvarado gabrielleaalvar@gmail.com
**Subject:** Fwd: Dental appointment
**Date:** December 22, 2023 at 4:09 PM
**To:** Michael Kaiser michael@lcarklaw.com

---------- Forwarded message ----------
From: **Bradley Sandvik** <desertshoresdentistry@gmail.com>
Date: Friday, December 22, 2023
Subject: Dental appointment

Gabriella Alvarado is scheduled for Oral Surgery On Feb 22, 2024 at 7:30 am. Please call the office for pre-operative instructions. If any changes need to be made, give us at least 48 hours notice. Please call with any questions prior to surgery.
Thank you
--
Desert Shores Dentistry
480-759-2000